# MEMORANDUM DECISIONS

ABBOTT, Appellant, v. WILSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Laura J. Abbott against Annie M. Wilson and others. No opinion. Motion denied on condition that plaintiff perfect his appeal, place the case on the September calendar, and be ready for argument when reached.

A. CAMPAGNA CONST. CO., Appellant, v. UNDERWOOD, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by A. Campagna Construction Company against Alice S. Underwood. A. B. Church, of New York City, for appellant. C. A. Collin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ADAMS, Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Alfonso Adams against the City of Rochester. No opinion. Judgment and order affirmed, with costs.

ADIKES et al., Appellants, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John Adikes and another against the Long Island Railroad Company. No opinion. Motion granted. The court intended to leave the question of disbursements to abide the award of costs in the equity action. See, also, 153 N. Y. Supp. 1104.

ADSIT, Respondent, v. ADSIT, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Ella M. Adsit against Franklin M. Adsit. No opinion. Judgment and order affirmed, with costs. .

ALBANESE v. PITTSBURGH CONTRACTING CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Michaelangelo Albanese against the Pittsburgh Contracting Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

ALFRED MARKS REALTY CO. v. SMITH-SERRELL CO., Inc. (Supreme Court, Appellate Term, First Department. June 28, 1915.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Alfred Marks Realty Company against Smith-Serrell Company. Judgment for plaintiff, and defendant appeals. Reversed, and complaint dismissed. Louis Bevier, Jr., of New York City, for appel-

lant. John C. Judge, of Brooklyn, for respondent.

PER CURIAM. The cause of action in this case is based upon a contract exactly similar to the one in the case of Marks Realty Co. v. Churchills, reported in 153 N. Y. Supp. 264, and the judgment must therefore be reversed. Judgment reversed with costs, and complaint dismissed with costs.

ALPHA PORTLAND CEMENT CO., Respondent, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the Alpha Portland Cement Company against the Illinois Surety Company. N. L. Keach, of New York City, for appellant. L. H. Porter, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

ALSBERG, Respondent, v. NEWGENT et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Irving Alsberg against George M. Newgent and others. G. H. D. Foster, of New York City, for appellants. I. N. Jacobson, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1109.

ALSBERG v. NEWGENT et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Irving Alsberg against George M. Newgent and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1109.

AMANNA v. KOENIG et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Fiore Amanna against Louis Koenig and others. No opinion. Motion denied, with $10 costs. Order filed. Memorandum Per Curiam. See, also, 152 N. Y. Supp. 1096.

AMERICAN CONVEX CO., Inc., v. TOMPKINS. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the American Convex Company, Incorporated, against Irene Tompkins. No opinion. Application denied, with $10 costs. Order signed. See, also, 90 Misc. Rep. 290, 152 N. Y. Supp. 1055.

AMERICAN HARDWARE CORPORATION OF NEW YORK v. LYTTLE et al. (Supreme Court, Appellate Division, Second De-